| **Information to identify the case:** | | |
|---|---|---|
| Debtor | **Care First Home Care LLC**<br>Name | EIN **90–0630603** |
| United States Bankruptcy Court **Eastern District of Virginia**<br>Case number: **19–13210–BFK** | | Date case filed for chapter **7**   **September 27, 2019** |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline                    12/15

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | Care First Home Care LLC | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 6521 Arlington Blvd., Suite 302<br>Falls Church, VA 22042 | |
| **4. Debtor's attorney**<br>Name and address | Ashvin Pandurangi<br>AP Law Group, PLC<br>211 Park Ave.<br>Falls Church, VA 22046 | Contact phone (571) 969–6540<br>Email: ap@aplawg.com |
| **5. Bankruptcy trustee**<br>Name and address | H. Jason Gold<br>Nelson Mullins Riley & Scarborough LLP<br>101 Constitution Avenue, N.W.<br>Suite 900<br>Washington, DC 20001 | Contact phone (202) 712–2800<br>Email:<br>jason.gold@nelsonmullins.com |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br>**McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | 200 South Washington Street<br>Alexandria, VA 22314<br>Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays.<br>Contact phone 703–258–1200 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>William C. Redden<br>Date: October 1, 2019 |
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 4, 2019 at 10:00 AM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**1725 Duke Street, Suite 520, Alexandria, VA 22314** |

**For more information, see page 2 >**

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**          page 1

Debtor  **Care First Home Care LLC**                                                                 Case number **19–13210–BFK**

| | | |
|---|---|---|
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| 11. | **Payment of Fees for Alexandria Case and Adversary Filing and Miscellaneous Requests** | Exact Change Only accepted as of December 16, 2013, for payment of fees and services. Payment may be made by non–debtor's check, money order, cashier's check made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to bankruptcynotices.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                page **2**

```
                                United States Bankruptcy Court
                                   Eastern District of Virginia
In re:                                                                                  Case No. 19-13210-BFK
Care First Home Care LLC                                                                Chapter 7
         Debtor
                                          CERTIFICATE OF NOTICE
District/off: 0422-9           User: jonesar                 Page 1 of 2                  Date Rcvd: Oct 01, 2019
                               Form ID: 309C                 Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2019.
db             +Care First Home Care LLC,    6521 Arlington Blvd., Suite 302,    Falls Church, VA 22042-3009
15042001       +AMA Recovery Group, LLC,    3131 Eastside St., Suite 350,    Houston, TX 77098-1947
15042003        Ardor Health Solutions,    c/o Palladino Law Office,    2400 Veterans Blvd., Suite 300,
                 Kenner, LA 70062-0000
15042005       +ConServe, Inc.,    PO Box 6320,    Aurora, IL 60598-0320
15042006       +Doumar Martin PLLC,    1530 Wilson Blvd.,   Suite 430,    Arlington, VA 22209-2447
15042007       +Gilliland & Associates PC,    7700 Leesburg Pike,   Suite 402B,    Falls Church, VA 22043-2618
15042008       +HealthPRO Heritage at Home LLC,    c/o David M. Wacksman Esq. LLC,    777 Terrace Ave, Suite 303,
                 Hasbrouck Heights, NJ 07604-3112
15042010       +Loanme,   PO Box 5645,    Orange, CA 92863-5645
15042011       +Merchant Source Inc.,    200 Garden City Plaza,   Suite 215,    Garden City, NY 11530-3338
15042012       +Meseret Tamene,    801 North Howard St. #302,   Alexandria, VA 22304-5460
15042014        PNC BANK,    PO Box 5570,   Wilmington, DE 19801-0000
15042013       +Paul P. Vangellow P.C.,    6109-A Arlington Blvd.,    Falls Church, VA 22044-2958
15042017       +VA DMAS,    600 East Boad St.,   Suite 1300,   Richmond, VA 23219-1856
15042018       +Virginia Dept of Taxation,    P.O. Box 27407,   Richmond, VA 23261-7407
15042019       +Virginia Employment Commission,    PO Box 27592,   Richmond, VA 23261-7592
15042021       +Zoomli, LLC,    c/o Parr Brown Gee & Loveless,    101 South 200 East, Suite 700,
                 Salt Lake City, UT 84111-3105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: ap@aplawg.com Oct 02 2019 05:20:48    Ashvin Pandurangi,    AP Law Group, PLC,
                 211 Park Ave.,    Falls Church, VA   22046
tr             +EDI: FHJGOLD.COM Oct 02 2019 08:53:00    H. Jason Gold,
                 Nelson Mullins Riley & Scarborough LLP,    101 Constitution Avenue, N.W.,    Suite 900,
                 Washington, DC 20001-2133
15042002       +EDI: AMEREXPR.COM Oct 02 2019 08:53:00    American Express,    PO Box 981537,
                 El Paso, TX 79998-1537
15042004       +EDI: CAPITALONE.COM Oct 02 2019 08:53:00    Capital One,    P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
15042009       +EDI: IRS.COM Oct 02 2019 08:53:00    IRS Centralized Insolvency Op,    PO Box 7346,
                 Philadelphia, PA 19101-7346
15042016       +E-mail/Text: kvalinski@ubti.com Oct 02 2019 05:26:59     United Business Technologies,
                 9218 Gaither Road,    Gaithersburg, MD 20877-1420
15042020       +EDI: WFFC.COM Oct 02 2019 08:53:00    Wells Fargo,   Attn: Bankruptcy,    PO Box 29482,
                 Phoenix, AZ 85038-9482
                                                                                               TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15042015       ##+Sujinn Lee,    17204 Miss Packard Ct.,   Dumfries, VA 22026-3011
                                                                                        TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2019 at the address(es) listed below:
              Ashvin Pandurangi    on behalf of Debtor    Care First Home Care LLC ap@aplawg.com,
               preea@aplawg.com;pandurangiar78675@notify.bestcase.com
```

```
District/off: 0422-9           User: jonesar              Page 2 of 2            Date Rcvd: Oct 01, 2019
                               Form ID: 309C              Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        H. Jason Gold    jason.gold@nelsonmullins.com,
         VA19@ecfcbis.com;jgold@ecf.epiqsystems.com;hjg@trustesolutions.net;robert.ours@nelsonmullins.com;
         alex.reilly@nelsonmullins.com
        John P. Fitzgerald, III    ustpregion04.ax.ecf@usdoj.gov
                                                                                    TOTAL: 3